**Order entered October 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01033-CV

**HENRY SANCHEZ D/B/A H SANCHEZ CONSTRUCTION, Appellant**

**V.**

**ALBERRAMAN L. CASTILLO, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-03266-B**

## ORDER

Appellee's third motion for extension of time to file his brief is **GRANTED**. Appellee's

brief is deemed **FILED** September 26, 2019.

/s/      DAVID L. BRIDGES
PRESIDING JUSTICE